1  Thomas S. Boothe (WSB No. 21759)
   Attorney at Law
2  7635 SW Westmoor Way
   Portland, OR 97225-2138
3  Tele: 503.292.5800 (office)
        503.292.5556 (fax)
4  E-mail: *tsb@boothehouse.com*

FILED ___ LODGED
___ RECEIVED

FEB 1 4 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY

04-CV-05539-DECL

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROLANDO HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF VANCOUVER and MARK TANNINEN,<br><br>    Defendants. | No. C04-5539 FDB<br><br>**PLAINTIFF'S REQUIRED DISCLOSURES PURSUANT TO FRCP RULE 26(a)(1)** |

A.  The following individuals are believed to have discoverable information that the disclosing party may use to support his claims:

    1.  Name  :  Rolando Hernandez

       Address  :  4015 NE 97th
                         Vancouver, WA 98665

       Telephone  :  360.904.5213

    2.  Name  :  Kendra Hernandez

       Address  :  555 Esther Shore St.
                         Vancouver, WA 98665

       Telephone  :  360.694.1318

Page 1 - **PLAINTIFF'S REQUIRED DISCLOSURES PURSUANT TO FRCP RULE 26(a)(1)**

|    |    |           |   |                                              |
|----|----|-----------|---|----------------------------------------------|
| 1  | 3. | Name      | : | Gregory D. Ferguson                          |
| 2  |    | Address   | : | Suite 500                                    |
| 3  |    |           |   | 601 Main Street                              |
|    |    |           |   | Vancouver, WA 98660                          |
| 4  |    | Telephone | : | 360.906.1167                                 |
| 5  | 4. | Name      | : | John Waudby                                  |
| 6  |    | Address   | : | 15208 NE 12th St.                            |
|    |    |           |   | Vancouver, WA 98684                          |
| 7  |    | Telephone | : | 360.892.3684                                 |
| 8  | 5. | Name      | : | Brian Severns                                |
| 9  |    | Address   | : | c/o 3645 SE 32nd Ave.                        |
| 10 |    |           |   | Portland, OR 97202                           |
| 11 |    | Telephone | : | 503.238.5550                                 |
| 12 | 6. | Name      | : | Brian Wilson                                 |
| 13 |    | Address   | : | 12001 NE Plantation Road                     |
| 14 |    |           |   | Vancouver, WA 98685                          |
| 15 |    | Telephone | : | 360.576.6970                                 |

16    B.    Documents that plaintiff may use to support his claims are:

17        1.    Medical records (copies of medical records, attorney for plaintiff), are
18  enclosed. Individual medical providers may have additional medical records.

19        2.    Miscellaneous employment records, which are in the custody of
20  defendant City of Vancouver.

21    C.    Plaintiff's present computation of damages:

22        1.    Plaintiff's computation of damages due to lost wages and benefits is
23  summarized on a chart delivered to defendants herewith. Plaintiff's attorney has available to
24  defendants the documents used to develop the chart.

25

26

Page   2   -   **PLAINTIFF'S REQUIRED DISCLOSURES PURSUANT TO FRCP RULE 26(a)(1)**

1       2.      Plaintiff's claim for reimbursable medical expenses is evidenced in the
2  medical billings, which are in the possession of the individual caregivers. Plaintiff will produce
3  the records upon request from defendants.
4       Plaintiff reserves the right to supplement these disclosures and incorporates by
5  reference any documents later produced by plaintiff in response to specific discovery requests
6  from defendants.
7       DATED: February 10, 2005.

8
9                                   _____
                                    Thomas S. Boothe, WSBA No. 21759
                                    Attorney for Plaintiff
10
11
12
13  Hernandez (Required Disclosures)
14
15
16
17
18
19
20
21
22
23
24
25
26

Page  3  -  PLAINTIFF'S REQUIRED DISCLOSURES PURSUANT TO FRCP RULE
             26(a)(1)

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF'S REQUIRED DISCLOSURES PURSUANT TO FRCP RULE 26(a)(1)** on the following named person(s) on the date indicated below by

☒ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said person(s) at their last-known address(es) indicated below.

> Ms. Debra Y. B. Quinn
> City of Vancouver
> PO Box 1995
> Vancouver, WA 98668-1995

DATED: February 10, 2005.

*/s/ Thomas S. Boothe*
Jill Kilpatrick
Legal Assistant to Thomas S. Boothe

Page   1   -   CERTIFICATE OF SERVICE