| | |
|---|---|
| Thomas S. Boothe, WSBA No. 21759<br>7635 SW Westmoor Way<br>Portland, OR  97225-2138<br>Tele:  503.292.5800 (office)<br>      503.292.5556 (fax)<br>E-mail:  tsb@boothehouse.com<br><br>Attorney for Plaintiff | Mr. Edwin A. Harnden, WSBA No. 32478<br>Barran Liebman LLP<br>Suite 2300<br>601 SW 2nd Avenue<br>Portland, OR  97204<br>Tele:   503.228.0500 (office)<br>      503.274.1212 (fax)<br>E-mail:  eharnden@barran.com<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **ROLANDO HERNANDEZ**,<br><br>      Plaintiff,<br><br>  v.<br><br>**CITY OF VANCOUVER** and **MARK TANNINEN**,<br><br>      Defendants. | No. C04-5539 FDB<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR RESET OF TRIAL DATE AND RESETTING TRIAL DATE |

This matter came before the Court upon Plaintiff's Unopposed Motion for Reset of Trial Date.  The Court reviewed the Motion and the materials on file herein.

NOW, THEREFORE, it is hereby ORDERED that this matter shall be set for a five-day Trial to a jury beginning September 25, 2006.

DONE THIS 24th day of August 2005.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

_____

Page   1   -   **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR RESET OF TRIAL DATE AND RESETTING TRIAL DATE**
                    **Case No. C04-5539 FDB**

*THOMAS S. BOOTHE*
ATTORNEY AT LAW
7635 SW Westmoor Way, Portland, Oregon  97225-2138
*Telephone (503) 292-5800*