1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

ROLANDO HERNANDEZ,

11

Plaintiff,

12

v.

13

CITY OF VANCOUVER and MARK
TANNINEN,

14

Defendants.

15

Case No. C04-5539FDB

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION

16    Plaintiff moves for reconsideration of the Court's March 31, 2006 Order Granting

17 Defendants' Motion to Compel and Denying Plaintiff's Eight Discovery Motions [Dkt. # 38].

18 Having reviewed Plaintiff's submission on the reconsideration motion and having also reviewed again

19 the submissions leading to the March 31, 2006 Order, the Court is not persuaded to reconsider its

20 order.  ACCORDINGLY,

21    IT IS ORDERED: Plaintiff's Motion for Reconsideration [Dkt. # 40] is DENIED.

22    DATED this 18th day of April, 2006.

23

24

_____

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

25

26 ORDER - 1