# FILED

MAY 07 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS



| ROLANDO HERNANDEZ, | No.  06-35713 |
| --- | --- |
| Plaintiff - Appellant | D.C. No.  CV-04-05539-FDB |
| v. | |
| CITY OF VANCOUVER; MARK TANNINEN, | **MANDATE** |
| Defendants - Appellees | |

The judgment of this Court, entered 04/14/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. Cost awarded to Appellant in the amount of $339.80.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Rhonda Roberts
Deputy Clerk