Thomas S. Boothe, WSBA No. 21759
7635 SW Westmoor Way
Portland, OR 97225-2138
Tele: 503.292.5800 (office)
      503.292.5556 (fax)
Email: tsb@boothehouse.com

Attorney for Plaintiff

Mr. Edwin A. Harnden, WSBA No. 32478
Barran Liebman LLP
Suite 2300
601 SW 2nd Avenue
Portland, OR 97204
Tele: 503.228.0500 (office)
      503.274.1212 (fax)
Email: eharnden@barran.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROLANDO HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VANCOUVER and MARK TANNINEN,<br><br>    Defendants. | No. C04-5539 FDB<br><br>**JOINT STATUS REPORT** |

Plaintiff and defendants hereby submit the following as their Joint Status Report pursuant to the order of this Court dated June 3, 2008.

/ / / / /

/ / / / /

/ / / / /

Page  1  -  **JOINT STATUS REPORT**
             Case No. C04-5539 FDB

1. **Mediation is Appropriate.**

   Formal mediation is unnecessary. Plaintiff and defendants are represented by counsel who have experience working together, and counsel foresee no difficulty exploring settlement directly, without third-party assistance.

2. **When Further Discovery May Be Concluded.**

   The parties request the court to reopen discovery for a 150-day period to allow the parties additional discovery and to otherwise update information since the pre-appeal close of discovery.

3. **The Case Will Be Ready for Trial 90 Days After The Close of Discovery.**

   Counsel are available for trial as follows:

   February 16-March 6; April 13-May 22, 2009.

4. **Whether Trial Is To a Jury or Non-Jury.**

   Trial will be to a jury. The parties estimate six trial days.

5. **Any Other Pertinent Information or Suggestions for Expeditiously Handling This Case?**

   None.

DATED this 18th day of July, 2008.

*Thomas S. Boothe*
Thomas S. Boothe, WSBA No. 21759
Attorney for Plaintiff

(Defendants' attorney has authorized plaintiff's attorney to submit this above a single signature.)

Hernandez.J (Joint Status Report)

Page 2 - JOINT STATUS REPORT
Case No. C04-5539 FDB

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | **CERTIFICATE OF SERVICE**                                      |
| 2  | I hereby certify that I served the foregoing **JOINT STATUS REPORT** on the |
| 3  | following named person(s) on the date indicated below by        |
| 4  | ☑ mailing with postage prepaid                                  |
| 5  | ☐ hand delivery                                                 |
| 6  | ☐ facsimile transmission                                        |
| 7  | ☐ overnight delivery                                            |
| 8  | to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said |
| 9  | person(s) at their last-known address(es) indicated below.      |

Mr. Edwin A. Harnden, WSBA No. 32478
Barran Liebman LLP
Suite 2300
601 SW 2nd Avenue
Portland, OR 97204

DATED: July 18, 2008

*Emily Smith* [signature]

Emily Smith,
Legal Assistant to Thomas S. Boothe

Page   1   -   CERTIFICATE OF SERVICE