UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROLANDO HERNANDEZ,  )
                                  Plaintiff,  )   No. C04-5539 FDB

v.  )   ORDER GRANTING DEFENDANTS'
      )   MOTION TO COMPEL
CITY OF VANCOUVER and MARK  )
TANNINEN,  )
                                Defendants.  )

This matter came before the Court on Defendants' motion to compel. The Court has considered the arguments presented by both parties and considers itself fully advised.[1] Defendants' motion to compel is hereby **GRANTED** for the reasons stated in said motion. Plaintiff is ordered to fully respond to Defendant's Third Set of Requests for Production within ten (10) days of this Order. The Court further finds that any attorney-client or work product privilege between Plaintiff and Gregory D. Ferguson is waived. Plaintiff shall produce all documents referenced on the privilege log (Decl. of E. Harnden, Ex. C) without redaction within ten (10) days of this order.

---

1. The materials submitted by Plaintiff in his motion to expand the record were considered in the Court's determination of the Defendant's motion to compel. Accordingly, the motion to expand the record is moot.

Defendants' request for fees and costs is denied. Plaintiff and/or his attorney are cautioned that further unwarranted obstruction of discovery will result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED this 5th day of January, 2009.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE