The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

|  |  |
|---|---|
| ROLANDO HERNANDEZ,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF VANCOUVER and MARK TANNINEN,<br><br>　　　　　　　　　　　　Defendants. | No. C04-5539FDB<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO PERMIT WITHDRAWAL OF ATTORNEYS HARNDEN AND SCHPAK |

THIS MATTER came before the Court on a Motion for Leave to Permit Withdrawal, filed by Attorneys Edwin Harnden and Andrew Schpak of the law firm Barran Liebman. The Court is satisfied that all requirements of Local GR 2(g)(4)(A) are met. Defendants' motion is hereby GRANTED. Edwin Harnden and Andrew Schpak shall be terminated as counsel of record in this case. Defendants shall continue to be represented by Daniel G. Lloyd.

IT IS SO ORDERED.

DATED this 10th day of August, 2009.

_____
FRANKLIN D. BURGESS
HONORABLE DISTRICT COURT JUDGE

ORDER - 1
Case No. C04-5539FDB (W.D. Wash.)

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500　FAX (503) 274-1212

Proposed by:

BARRAN LIEBMAN, LLP


By: /s/ Edwin A. Harnden
 Edwin A. Harnden, WSBA No. 34278
 Andrew M. Schpak, WSBA No. 39901
 Of Attorneys for Defendants
 601 SW Second Avenue, Suite 2300
 Portland, OR 97204
 **Tel:** 503.228.0500; **Fax:** 503.274.1212
 eharnden@barran.com
 aschpak@barran.com

ORDER - 2
Case No. C04-5539FDB (W.D. Wash.)