UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ROLANDO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF VANCOUVER and MARK TANNINEN,<br><br>　　　　Defendants. | Case No. C04-5539 RBL<br><br>ORDER RE: DEFENDANTS' RENEWED MOTION TO COMPEL |

　　This matter came before the Court on Defendants' Renewed Motion to Compel. The Court has considered the pleadings filed in support of and in opposition to the motion, and the remainder of the file, and **GRANTS** the motion for an *in camera* review.

　　Within five (5) days of this order, Plaintiff shall submit the following documents for *in camera* review: HER0893-916, 0922-22, 0925, 0932, 0935-48, 0950-61, 1002-39. Plaintiff shall do so by filing the documents under seal, citing this order as authority under Local Civil Rule 5(g). The Court shall then review these documents and determine whether any of them are protected by the attorney-client privilege or work product doctrine, and/or whether such

ORDER - 1

privilege if it exists has been waived per *Hernandez v. Tanninen*, 604 F.3d 1095 (9th Cir. 2010). Until the Court has reviewed the pertinent documents, the Court's ruling on Defendants' motion to compel is hereby **DEFERRED**.

**IT IS SO ORDERED.**

DATED this 8th day of October, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 2