```
_____ FILED      _____ LODGED
       _____ RECEIVED
         AUG 29 2011
      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                            DEPUTY
```

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| ROLANDO HERNANDEZ,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF VANCOUVER and MARK TANNINEN,<br><br>      Defendants. | No. C04-5539 RBL<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO STRIKE TESTIMONY OF GREGORY FERGUSON (DOC. NO. 196) |

THIS MATTER came before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants' Motion to Strike (doc. no. ___). Plaintiff asked the Court to enter an Order allowing it to file its response to Defendants' Motion to Strike contained in their Reply in Support of Motion for Partial Summary Judgment to and including August 12, 2011.

Plaintiff requested the extensions of time due to his identified dates of unavailabilty and medical circumstance, which this Court determines to constitute good and equitable cause under all of the circumstances.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

[PROPOSED] ORDER
(C04-5539 RBL) - 1

1    **IT IS ORDERED**, that Plaintiff's Unopposed Motion for Extension of Time to File
2    Response to Defendants' Motion to Strike is GRANTED.

3
4    Dated this 29 day of August, 2011.

5
6                                                            _____
7                                                            RONALD B. LEIGHTON
                                                             UNITED STATES DISTRICT JUDGE
8
9
10
11
12   Presented by:
13
14   /s/ Thomas S. Boothe
     Thomas S. Boothe, WSB No. 21759
15   Attorney for Plaintiff
     7635 SW Westmoor Way
16   Portland, OR 97225
     Telephone: (503) 292-5800
17   Facsimile: (503) 292-5556
     Email: tsb@boothehouse.com
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER
(C04-5539 RBL) - 2

THOMAS S. BOOTHE
ATTORNEY AT LAW
7635 SW Westmoor Way, Portland, Oregon 97225-2138
Telephone (503) 292-5800