1

2

THE HONORABLE RONALD B. LEIGHTON

04-CV-05539-ORD

6

7    UNITED STATES DISTRICT COURT

8    WESTERN DISTRICT OF WASHINGTON

9    AT TACOMA

10   ROLANDO HERNANDEZ,

No. C04-5539 RBL

11        Plaintiff,

12   v.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE EXPERT REPORT OF JAMES K. BOEHNLEIN, M.D.

13   CITY OF VANCOUVER and MARK TANNINEN,

14        Defendants.

NOTED ON MOTION CALENDAR: AUGUST 12, 2011

15

16        THIS MATTER came before the Court on Plaintiff's Motion for Leave to Supplement

17   the Expert Report of James K. Boehnlein, M.D. (doc. no. ___). Plaintiff asked the Court for

18   leave to supplement the expert report of James K. Boehnlein, M.D. attached to Plaintiff's

19   Disclosure of Experts (doc. no. 88).

20        Plaintiff requests leave to supplement the expert report of James K. Boehnlein attached to

21   Plaintiff's Disclosure of Experts (doc. no. 88) in the form attached as Exhibit 1 to the Declaration

22   of Jill H. Kilpatrick in Support of Plaintiff's Motion to Supplement the Expert Report of

23   James K. Boehnlein, M.D. (doc. no. ___).

24        Plaintiff's Motion for Leave to Supplement the Expert Report of James K. Boehnlein,

25   M.D. is GRANTED. Plaintiff may supplement James K. Boehnlein's expert report in the form

26

Page 1 - ORDER

1  attached as Exhibit 1 to the Declaration of Jill H. Kilpatrick in Support of Plaintiff's Motion to

2  Supplement the Expert Report of James K. Boehnlein, M.D. (doc. no. ___).

3

4  **IT IS SO ORDERED.**

5

6  Dated this _14_ day of ~~August~~ September, 2011.

7

8  _____

9  RONALD B. LEIGHTON
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14  Presented by:

15  THOMAS S. BOOTHE, ESQ.

16  By:       s/ Thomas S. Boothe
    Thomas S. Boothe, WSBA No. 21759
17  Attorney for Plaintiff
    7635 SW Westmoor Way
18  Portland, OR 97225-2138
19  Tel: 503.292.5800
    Fax: 503.292.5556
20  tsb@boothehouse.com

21

22

23

24

25

26

Page 2 - ORDER