THE HONORABLE RONALD B. LEIGHTON


04-CV-05539-ORD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| ROLANDO HERNANDEZ, | No. C04-5539 RBL |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE EXPERT REPORT OF JAMES K. BOEHNLEIN, M.D. |
| CITY OF VANCOUVER and MARK TANNINEN, | |
| Defendants. | NOTED ON MOTION CALENDAR: AUGUST 12, 2011 |

THIS MATTER came before the Court on Plaintiff's Motion for Leave to Supplement the Expert Report of James K. Boehnlein, M.D. (doc. no. ___). Plaintiff asked the Court for leave to supplement the expert report of James K. Boehnlein, M.D. attached to Plaintiff's Disclosure of Experts (doc. no. 88).

Plaintiff requests leave to supplement the expert report of James K. Boehnlein attached to Plaintiff's Disclosure of Experts (doc. no. 88) in the form attached as Exhibit 1 to the Declaration of Jill H. Kilpatrick in Support of Plaintiff's Motion to Supplement the Expert Report of James K. Boehnlein, M.D. (doc. no. ___).

Plaintiff's Motion for Leave to Supplement the Expert Report of James K. Boehnlein, M.D. is GRANTED. Plaintiff may supplement James K. Boehnlein's expert report in the form

Page 1 - ORDER

1  attached as Exhibit 1 to the Declaration of Jill H. Kilpatrick in Support of Plaintiff's Motion to

2  Supplement the Expert Report of James K. Boehnlein, M.D. (doc. no. ___).

3

4  **IT IS SO ORDERED.**

5

6  Dated this _14_ day of ~~August~~ September, 2011.

7

8  _____
   RONALD B. LEIGHTON
9  UNITED STATES DISTRICT JUDGE

10

11

12

13

14  Presented by:

15  THOMAS S. BOOTHE, ESQ.

16  By:       s/ Thomas S. Boothe
           Thomas S. Boothe, WSBA No. 21759
17         Attorney for Plaintiff
           7635 SW Westmoor Way
18         Portland, OR 97225-2138
19         Tel: 503.292.5800
           Fax: 503.292.5556
20         tsb@boothehouse.com

21

22

23

24

25

26

Page 2 - ORDER