HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROLANDO HERNANDEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>VANCOUVER CITY OF,<br><br>          Defendant. | CASE NO. C04-5539 RBL<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE ADMISSIONS |

THIS MATTER is before the Court on Plaintiff's Motion to Enforce Admissions [Dkt. #241]. Plaintiff apparently seeks the Court's formal imprimatur on the Defendants' Responses to the Requests for Admissions Plaintiff served upon them under Fed. R. Civ. P. 36.

Rule 36 makes no provision for "enforcement" of admissions. Instead, it provides rather clearly that "a matter admitted . . . is conclusively established *unless* the court, on motion, permits the admission to be withdrawn or amended." [Fed. R. Civ. P. 36 (b) (emphasis added).] The Plaintiff's Motion is therefore DENIED as moot.

Dated this 30th day of May, 2012.

Ronald B. Leighton
United States District Judge