UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROLANDO HERNANDEZ,

          Plaintiff,

  v.

CITY OF VANCOUVER, et al.,

          Defendant.

CASE NO. C04-5539 BHS

ORDER GRANTING PLAINTIFF'S MOTION

This matter comes before the Court on Plaintiff Rolando Hernandez's unopposed motion for expedited trial setting and for assignment of new judge (Dkt. 309).

On February 19, 2013, the matter was reassigned to the undersigned. Dkt. 312. Therefore, the Court denies that portion of the motion as moot. With regard to an expedited trial schedule, the Court grants the request and sets the trial to begin on October 15, 2013. The Clerk shall issue a scheduling order with relevant pretrial dates.

**IT IS SO ORDERED.**

Dated this 5th day of April, 2013

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1