UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROLANDO HERNANDEZ,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF VANCOUVER and MARK TANNINEN,<br><br>　　　　　　　　Defendants. | NO.  C04-5539BHS<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR SUBMITTING AGREED PRETRIAL ORDER, PROPOSED JURY INSTRUCTIONS, AND PROPOSED VOIR DIRE<br><br>**NOTE ON MOTION CALENDAR:<br>Monday, March 24, 2014** |

COME NOW the parties, by and through their counsel of record, and submit the following Stipulation and Proposed Order Extending Deadline for Submitting Agreed Pretrial Order, Proposed Jury Instructions and Proposed Voir Dire.

**STIPULATION**

Under the current Order Setting Jury Trial and Pretrial Dates (Dkt. 327), the parties are to file an Agreed Pretrial Order by March 24, 2014. The parties are also to file proposed jury instructions and proposed voir dire by March 25, 2014.  Counsel for Plaintiff has been in trial the past week.  The parties are in the process of finalizing the pretrial order, proposed jury instructions, and proposed voir dire, but would appreciate a few days of additional time.  The parties respectfully request that the Court extend the deadline for submitting an Agreed Pretrial Order, proposed jury instructions and proposed voir dire to March 27, 2014. The pretrial conference is scheduled for

ORDER EXTENDING DEADLINE FOR SUBMITTING AGREED PRETRIAL ORDER, PROPOSED JURY INSTRUCTIONS, AND PROPOSED VOIR DIRE (C04-5539BHS) - 1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  April 9, 2014.

2      DATED this 24th day of March, 2014.

3                                       CHRISTIE LAW GROUP, PLLC

4

5                          By     /s/ Robert L. Christie
                             ROBERT L. CHRISTIE, WSBA #10895

6                               THOMAS P. MILLER, WSBA #34473
                             Attorneys for Defendants

7                               2100 Westlake Avenue N., Suite 206
                             Seattle, WA  98109

8                               Telephone:  (206) 957-9669
                             Fax:  (206) 352-7875

9                               Email:  bob@christielawgroup.com

10                          By     /s/ Thomas S. Boothe
                             THOMAS S. BOOTHE, WSBA #21759

11                               Attorney for Plaintiffs
                             7635 Westmoor Way

12                               Portland, OR  97225-2138
                             Phone:  (503) 292-5800

13                               FAX: (503) 292-5556
                             Email: tsb@boothehouse.com

14

15                          LAW OFFICES OF JUDITH A. LONNQUIST, P.S.

16

17                          By     /s/ Judith A. Lonnquist
                             JUDITH A. LONNQUIST, WSBA #06421

18                               Attorneys for Plaintiffs
                             1218 Third Avenue, Suite 1500

19                               Seattle, WA  98101-3021
                             Telephone:  (206) 622-2086

20                               Fax:  (206) 233-9165
                             Email:  lojal@aol.com

21

ORDER EXTENDING DEADLINE FOR SUBMITTING AGREED PRETRIAL ORDER, PROPOSED JURY INSTRUCTIONS, AND PROPOSED VOIR DIRE (C04-5539BHS) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

**ORDER**

Based on the foregoing stipulation, it is hereby ordered, adjudged and decreed that the deadline for submitting an Agreed Pretrial Order, proposed jury instructions, and proposed voir dire is now March 27, 2014. No other deadlines in this case shall be affected.

DONE IN CHAMBERS this 25th day of March, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

CHRISTIE LAW GROUP, PLLC


By      /s/ Robert L. Christie
     ROBERT L. CHRISTIE, WSBA #10895
     THOMAS P. MILLER, WSBA #34473
     Attorneys for Defendants
     2100 Westlake Avenue N., Suite 206
     Seattle, WA  98109
     Phone:  (206) 957-9669
     FAX:  (206) 352-7875
     Email:  bob@christielawgroup.com

ORDER EXTENDING DEADLINE FOR SUBMITTING AGREED PRETRIAL ORDER, PROPOSED JURY INSTRUCTIONS, AND PROPOSED VOIR DIRE (C04-5539BHS) - 3

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Approved for Entry, Copy Received;
and Notice of Presentation Waived:

By   /s/ Thomas S. Booth
     THOMAS S. BOOTHE
     Attorneys for Plaintiff
     7635 Westmoor Way
     Portland, OR  97225-2138
     Phone:  (503) 292-5800
     FAX: (503) 292-5556
     Email: tsb@boothehouse.com

LAW OFFICES OF JUDITH A. LONNQUIST, P.S.

By        /s/ Judith A. Lonnquist
     JUDITH A. LONNQUIST, WSBA #34473
     Attorneys for Plaintiffs
     1218 Third Avenue, Suite 1500
     Seattle, WA  98101-3021
     Telephone:  (206) 622-2086
     Fax:  (206) 2339165
     Email:  lojal@aol.com

ORDER EXTENDING DEADLINE FOR SUBMITTING AGREED PRETRIAL ORDER, PROPOSED JURY INSTRUCTIONS, AND PROPOSED VOIR DIRE (C04-5539BHS) - 4

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669