# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROLANDO HERNANDEZ,<br><br>       Plaintiff,<br><br>    v.<br><br>CITY OF VANCOUVER and MARK TANNINEN,<br><br>       Defendants. | CASE NO. C04-5539 BHS<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO SEAL |

This matter comes before the Court on Defendants City of Vancouver and Mark Tanninen's ("Defendants") motion to seal (Dkt. 354).

On March 10, 2014, Defendants filed a motion to exclude Plaintiff Rolando Hernandez's attorney, Thomas Boothe, from the courtroom during trial (Dkt. 351) and the instant motion requesting that the Court seal from public access portions of the brief and exhibits submitted in support of the motion. On March 19, 2014, Plaintiff responded. Dkt. 369. On March 21, 2014, Defendants replied. Dkt. 370.

A party must show good cause to seal non-dispositive motions and documents attached thereto.  *Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010).

In this case, Defendants have met their burden as to some of the requested material.  For example, there is good cause to seal information regarding Debra Quinn's medical information, diagnosis, and similar subject matter.  Everyone has an interest in keeping such information private, and there is no reason, let alone a compelling one, to make Ms. Quinn's information public.  On the other hand, Plaintiff is correct that the interactions between Ms. Quinn and Mr. Boothe are already public information.  *See, e.g.*, Dkt. 356 at 6, ll. 17–18 ("This information was brought forward in open court, placed in the record, and sent out to the community of her legal peers and colleagues.")  There is no cause to redact or seal such information.  Therefore, the Court **GRANTS** Defendants' motion **in part** and **DENIES it in part**.  Defendants shall file additional copies of Dkts. 356, 357, & 359 with only medically related information redacted.

**IT IS SO ORDERED.**

Dated this 27th day of March, 2014.

*(signature)*

BENJAMIN H. SETTLE
United States District Judge