HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROLANDO HERNANDEZ,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF VANCOUVER and MARK TANNINEN,<br><br>                Defendants. | NO. C04-5539BHS<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR SUBMITTING AGREED PRETRIAL ORDER to APRIL 1, 2014<br><br>**NOTE ON MOTION CALENDAR:**<br>**Wednesday, March 26, 2014** |

COME NOW the parties, by and through their counsel of record, and submit the following Stipulation and Proposed Order Extending Deadline for Submitting Agreed Pretrial Order.

**STIPULATION**

Under the current Order Setting Pretrial Dates (Dkt. 384), the parties are to file an agreed Pretrial Order by March 27, 2014. Counsel for Plaintiff has been in trial since March 17, and is still ongoing. The parties are in the process of finalizing the pretrial order, including deposition designations, but would appreciate a few days of additional time. The parties respectfully request that the Court extend the deadline for submitting an Agreed Pretrial Order to Tuesday, April 1,

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE FOR SUBMITTING
PRETRIAL ORDER(C04-5539BHS) - 1

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086   FAX 206.233.9165

1  2014. The pretrial conference is scheduled for April 9, 2014.

2  DATED this 26th day of March, 2014.

3  LAW OFFICES OF JUDITH A. LONNQUIST, P.S.

5  By  /s/ Judith A. Lonnquist
   JUDITH A. LONNQUIST, WSBA #06421
6  Attorneys for Plaintiffs
   1218 Third Avenue, Suite 1500
7  Seattle, WA  98101-3021
   Telephone:  (206) 622-2086
8  Fax:  (206) 233-9165
   Email:  lojal@aol.com

9  CHRISTIE LAW GROUP, PLLC

11  By  /s/ Thomas P. Miller
    ROBERT L. CHRISTIE, WSBA #10895
12  THOMAS P. MILLER, WSBA #34473
    Attorneys for Defendants
13  2100 Westlake Avenue N., Suite 206
    Seattle, WA  98109
14  Telephone:  (206) 957-9669
    Fax:  (206) 352-7875
15  Email:  bob@christielawgroup.com

16  By  /s/ Thomas S. Boothe
17  THOMAS S. BOOTHE, WSBA #21759
    Attorney for Plaintiff
18  7635 Westmoor Way
    Portland, OR  97225-2138
19  Phone:  (503) 292-5800
    FAX:  (503) 292-5556
20  Email:  tsb@boothehouse.com

21

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE FOR SUBMITTING
PRETRIAL ORDER(C04-5539BHS) - 2

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086  FAX 206.233.9165

## ORDER

Based on the foregoing stipulation, it is hereby ordered, adjudged and decreed that the deadline for submitting an Agreed Pretrial Order is now APRIL 1, 2014. No other deadlines in this case shall be affected.

DONE IN OPEN COURT/CHAMBERS this ___ day of March, 2014.

_____
HONORABLE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

LAW OFFICES OF JUDITH A. LONNQUIST, P.S.

By ____/s/ Judith A. Lonnquist_____
    JUDITH A. LONNQUIST, WSBA #06421
    Attorneys for Plaintiffs
    1218 Third Avenue, Suite 1500
    Seattle, WA 98101-3021
    Telephone: (206) 622-2086
    Fax: (206) 2339165
    Email: lojal@aol.com

Approved for Entry, Copy Received;
and Notice of Presentation Waived:

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE FOR SUBMITTING
PRETRIAL ORDER(C04-5539BHS) - 3

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086  FAX 206.233.9165

By   /s/ Thomas S. Boothe
THOMAS S. BOOTHE
Attorneys for Plaintiff
7635 Westmoor Way
Portland, OR 97225-2138
Phone: (503) 292-5800
FAX: (503) 292-5556
Email: tsb@boothehouse.com

By   /s/ Thomas P. Miller
ROBERT L. CHRISTIE, WSBA #10895
THOMAS P. MILLER, WSBA #34473
Attorneys for Defendants
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: (206) 957-9669
FAX: (206) 352-7875
Email: bob@christielawgroup.com

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE FOR SUBMITTING
PRETRIAL ORDER(C04-5539BHS) - 4

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086   FAX 206.233.9165