HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROLANDO HERNANDEZ,

    Plaintiff,

v.

CITY OF VANCOUVER and MARK TANNINEN,

    Defendants.

NO. C04-5539BHS

STIPULATION AND ORDER REGARDING APRIL 16, 2002 CAR RIDE

COME NOW the parties, by and through their undersigned counsel of record, and stipulate to the following information, which may be read to the jury as follows:

Witness Susan Collins testified that she attended a WISHA hearing in Olympia and traveled there in a car with Steve Streissguth, Terry Weiner and Don Bivins. That event occurred on April 16, 2002.

DATED this 22nd day of April, 2014.

STIPULATION AND ORDER REGARDING
APRIL 16, 2002 CAR RIDE
(C04-5539BHS) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1

2      CHRISTIE LAW GROUP, PLLC

3

4      By  /s/ Robert L. Christie
       ROBERT L. CHRISTIE, WSBA #10895
       THOMAS P. MILLER, WSBA #34473
5      Attorneys for Defendants,
       2100 Westlake Avenue N., Suite 206
6      Seattle, WA 98109
       Telephone: (206) 957-9669
7      Fax: (206) 352-7875
       Email: bob@christielawgroup.com

8

9      By  /s/ Thomas S. Boothe
       THOMAS S. BOOTHE, WSBA #21759
10     Attorney for Plaintiffs
       7635 Westmoor Way
11     Portland, OR 97225-2138
       Phone: (503) 292-5800
12     FAX: (503) 292-5556
       Email: tsb@boothehouse.com

13
       LAW OFFICES OF JUDITH A. LONNQUIST,
14     P.S.

15
       By  /s/ Judith A. Lonnquist
16     JUDITH A. LONNQUIST, WSBA #06421
       Attorneys for Plaintiffs
17     1218 Third Avenue, Suite 1500
       Seattle, WA 98101-3021
18     Telephone: (206) 622-2086
       Fax: (206) 233-9165
19     Email: lojal@aol.com

20

21
STIPULATION AND ORDER REGARDING
22 APRIL 16, 2002 CAR RIDE
(C04-5539BHS) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Case 3:04-cv-05539-RBL   Document 424   Filed 04/23/14   Page 3 of 3

## ORDER

Based on the foregoing stipulation, it is hereby ordered, adjudged and decreed that the Court will read the following passage to the jury: "Witness Susan Collins testified that she attended a WISHA hearing in Olympia and traveled there in a car with Steve Streissguth, Terry Weiner and Don Bivins. That event occurred on April 16, 2002."

DONE IN OPEN COURT/CHAMBERS this 23 day of April, 2014.

_____
HONORABLE BENJAMIN H. SETTLE
United States District Court Judge

STIPULATION AND ORDER REGARDING
APRIL 16, 2002 CAR RIDE
(C04-5539BHS) - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669