HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROLANDO HERNANDEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF VANCOUVER and MARK<br>TANNINEN,<br><br>　　　　　　　　　　Defendants. | NO.  C04-5539BHS<br><br>STIPULATION AND<br>ORDER EXTENDING DEADLINE FOR<br>SUBMITTING PETITION FOR<br>ATTORNEY'S FEES AND COSTS AND<br>RULE 50(b) MOTION<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, May 9, 2014** |

## STIPULATION

The parties hereby stipulate to and move the Court for an order staying the deadline for plaintiff to submit petitions for attorney's fees and costs pursuant to Title VII and RCW 49.60, as well as other post-trial relief, and for defendants to file a Fed. R. Civ. P. 50(b) motion.  The reason the parties request that these deadlines be stayed is that the parties are going to engage in alternative dispute resolution to attempt to resolve all outstanding matters with respect to plaintiff's claims in this lawsuit.  By extending these deadlines, the Court will allow the parties

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1    to engage in mediation without incurring possibly unnecessary attorney's fees and costs.  The

2    parties would propose that, in the event mediation is unsuccessful, the deadline to file plaintiff's

3    petitions attorney's fees and costs, and other post-trial relief, and defendants' Rule 50(b) motion

4    be 28 days from the date of the mediation.  This stipulated order is effective only if it has been

5    entered in the docket as an order of the Court no later than noon on May 12, 2014.

6          DATED this 9th day of May, 2014.

7                                    CHRISTIE LAW GROUP, PLLC

8

9                          By _____ /s/ Robert L. Christie _____
                               ROBERT L. CHRISTIE, WSBA #10895
                               Attorney for Defendants
10                             2100 Westlake Avenue N., Suite 206
                               Seattle, WA  98109
11                             Telephone:  (206) 957-9669
                               Fax:  (206) 352-7875
12                             Email:  bob@christielawgroup.com

13
                           By ___ /s/ Thomas S. Boothe _____
14                             THOMAS S. BOOTHE, WSBA #21759
                               Attorney for Plaintiffs
15                             7635 Westmoor Way
                               Portland, OR  97225-2138
16                             Phone:  (503) 292-5800
                               FAX: (503) 292-5556
17                             Email:  tsb@boothehouse.com

18

19

20

21

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE FOR SUBMITTING
PETITION FOR ATTORNEY'S FEES AND
COSTS AND RULE 56(b) MOTION (C04-
5539BHS) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1    LAW OFFICES OF JUDITH A. LONNQUIST,
     P.S.

2
     By _____ /s/ Judith A. Lonnquist _____
3          JUDITH A. LONNQUIST, WSBA #06421
           Attorneys for Plaintiffs
4          1218 Third Avenue, Suite 1500
           Seattle, WA  98101-3021
5          Telephone:  (206) 622-2086
           Fax:  (206) 233-9165
6          Email:  lojal@aol.com

7                          **ORDER**

8          Based on the foregoing stipulation, it is hereby ordered, adjudged and decreed that the

9    deadline to file plaintiff's petitions for attorney's fees and costs and other post-trial relief, and

10   defendants' Rule 50(b) motion is 28 days from the date of the planned mediation.   This

11   stipulated order is effective only if it has been entered in the docket as an order of the Court no

12   later than noon on May 12, 2014.

13         DONE IN OPEN COURT/CHAMBERS this ___ day of May, 2014.

14

15                          _____
                            HONORABLE BENJAMIN H. SETTLE
                            United States District Court Judge

16

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING DEADLINE FOR SUBMITTING
PETITION FOR ATTORNEY'S FEES AND
COSTS AND RULE 56(b) MOTION (C04-
5539BHS) - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1   Presented by:

2   CHRISTIE LAW GROUP, PLLC

3
    By _____ /s/ Robert L. Christie _____
4        ROBERT L. CHRISTIE, WSBA #10895
         Attorney for Defendants
5        2100 Westlake Avenue N., Suite 206
         Seattle, WA 98109
6        Phone: (206) 957-9669
         FAX: (206) 352-7875
7        Email: bob@christielawgroup.com

8   Approved for Entry, Copy Received;
    and Notice of Presentation Waived:
9
    By ___ /s/ Thomas S. Booth _____
10       THOMAS S. BOOTHE
         Attorneys for Plaintiff
11       7635 Westmoor Way
         Portland, OR 97225-2138
12       Phone: (503) 292-5800
         FAX: (503) 292-5556
13       Email: tsb@boothehouse.com

14  LAW OFFICES OF JUDITH A. LONNQUIST, P.S.

15
    By _____ /s/ Judith A. Lonnquist _____
16       JUDITH A. LONNQUIST, WSBA #34473
         Attorneys for Plaintiffs
17       1218 Third Avenue, Suite 1500
         Seattle, WA 98101-3021
18       Telephone: (206) 622-2086
         Fax: (206) 2339165
19       Email: lojal@aol.com

20

21

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE FOR SUBMITTING
PETITION FOR ATTORNEY'S FEES AND
COSTS AND RULE 56(b) MOTION (C04-
5539BHS) - 4

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669