UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROLANDO HERNANDEZ,<br><br>            Plaintiff,<br><br>   v.<br><br>CITY OF VANCOUVER and MARK TANNINEN,<br><br>            Defendants. | CASE NO. C04-5539 BHS<br><br>ORDER AWARDING FEES |

This matter comes before the Court on the Court's order granting in part and denying in part Plaintiff Rolando Hernandez's ("Hernandez") petition for attorney fees (Dkt. 547), Hernandez's proposed order (Dkt. 549), and Defendants City of Vancouver ("City") and Mark Tanninen's ("Tanninen") (collectively "Defendants") response (Dkt. 555).

On October 29, 2014, the Court ordered the parties to submit a stipulated proposed award reflecting the Court's rulings on Hernandez's petition for fees. Dkt. 547. On November 19, 2014, Hernandez filed a proposed order addressing both fees and costs

ORDER - 1

with no indication whether Defendants agreed with the contents of the proposed order. Dkt. 549. On February 6, 2015, Defendants responded stating their agreement that the request for attorney fees is in accord with the Court's rulings, but disagreeing with Hernandez's request for costs. Dkt. 555. On that issue, Defendants stand by their prior objections to costs. *See* Dkt 510. Therefore, the Court accepts the proposed order as to fees and awards fees to Hernandez in the amount of $955,783.50.

**IT IS SO ORDERED**.

Dated this 11th day of February, 2015.

BENJAMIN H. SETTLE
United States District Judge